**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **MARTIN FLORES,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | NO. | **MO:20-CV-00077 DC** |
| § | | |
| **PERMIAN LODGING, LLC,** § | | |
| *Defendant.* § | | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(I) and based upon the parties' Stipulation of Dismissal with Prejudice (Doc. 7) filed July 28, 2020.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 29th day of July, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE